FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-2298

**Short Case Caption:** VLSI Technology LLC v. Patent Quality Assurance LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| VLSI Technology LLC | | |
|---|---|---|
| **Principal Counsel:** Jeffrey A. Lamken | | Admission Date: 12/30/2004 |
| Firm/Agency/Org.: MoloLamken LLP | | |
| Address: 600 New Hampshire Avenue N.W., Washington, D.C. 20037 | | |
| Phone: (202) 556-2010 | | Email: jlamken@mololamken.com |
| **Other Counsel:** Rayiner Hashem | | Admission Date: 05/30/2017 |
| Firm/Agency/Org.: MoloLamken LLP | | |
| Address: 600 New Hampshire Avenue, N.W., Washington, D.C. 20037 | | |
| Phone: (202) 556-2024 | | Email: rhashem@mololamken.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/1/23                        Signature: /s/ Jeffrey A. Lamken

                                    Name: Jeffrey A. Lamken

**FORM 8A. Entry of Appearance**  **Form 8A (p.2)**
**July 2020**

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Lucas M. Walker | Admission Date: 04/12/2011 |
|---|---|
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 600 New Hampshire Avenue, N.W., Washington, D.C.  20037 | |
| Phone: (202) 556-2014 | Email: lwalker@mololamken.com |
| **Other Counsel:** Alan Heinrich | Admission Date: 03/01/2005 |
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 1800 Avenue of the Stars, Suite 900, Los Angeles, CA  90067 | |
| Phone: (310) 203-7958 | Email: aheinrich@irell.com |
| **Other Counsel:** Babak Redjaian | Admission Date: 07/15/2022 |
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 840 Newport Center Drive, Suite 400, Newport Beach, CA  92660 | |
| Phone: (949) 760-5260 | Email: bredjaian@irell.com |
| **Other Counsel:** Nathan Nobu Lowenstein | Admission Date: 09/08/2010 |
| Firm/Agency/Org.: Lowenstein & Weatherwax LLP | |
| Address: 1016 Pico Boulevard, Santa Monica, CA  90405 | |
| Phone: (310) 307-4500 | Email: lowenstein@lowensteinweatherwax.com |
| **Other Counsel:** Kenneth J. Weatherwax | Admission Date: 07/22/2009 |
| Firm/Agency/Org.: Lowenstein & Weatherwax LLP | |
| Address: 1016 Pico Boulevard, Santa Monica, CA  90405 | |
| Phone: (310) 307-4500 | Email: weatherwax@lowensteinweatherwax.com |

**FORM 8A. Entry of Appearance**　　　　　　　　　　　　　　　　　　　Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Jordan Rice | Admission Date: 11/08/2017 |
|---|---|
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 300 N. LaSalle Street, Suite 5350, Chicago, IL 60654 | |
| Phone: (312) 450-6709 | Email: jrice@mololamken.com |
| **Other Counsel:** Thomas P. Schubert | Admission Date: 08/09/2023 |
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 300 N. LaSalle Street, Suite 5350, Chicago, IL 60654 | |
| Phone: (312) 450-6713 | Email: tschubert@mololamken.com |
| **Other Counsel:** Dominik Slusarczyk | Admission Date: 02/12/2013 |
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 | |
| Phone: (310) 203-7945 | Email: dslusarczyk@irell.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |