IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br>*Appellant*,<br>v.<br>PATENT QUALITY ASSURANCE LLC,<br>*Cross-Appellant*,<br>INTEL CORPORATION,<br>*Appellee*,<br>KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br>*Intervenor*. | Nos. 23-2298, 23-2354 |

**NOTICE OF WITHDRAWAL OF VLSI TECHNOLOGY LLC'S MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

On December 4, appellant/cross-appellee VLSI Technology LLC moved for a 60-day extension of time to file its principal brief. ECF #25 ("Extension Motion"). In the Extension Motion, VLSI noted that it had previously filed a then-still-pending motion for a stay and limited remand to the PTO. Extension Motion 2; *see* ECF #23 ("Remand Motion"). VLSI stated that, "[i]f this Court grants the Remand Motion or otherwise stays the briefing schedule before ruling on this extension motion, this extension motion would be effectively moot and VLSI would seek to withdraw it." Extension Motion 3 n.1.

1

On December 7, this Court granted the Remand Motion. ECF #28. Accordingly, VLSI hereby withdraws the Extension Motion.

| | |
|---|---|
| December 7, 2023 | Respectfully submitted, |
| | /s/ Jeffrey A. Lamken |
| | Jeffrey A. Lamken<br>  *Counsel of Record*<br>MOLOLAMKEN LLP<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>jlamken@mololamken.com |
| | *Counsel for VLSI Technology LLC* |