Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VLSI TECHNOLOGY LLC,**
*Appellant*

**v.**

**PATENT QUALITY ASSURANCE LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2023-2298, 2023-2354

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01229 and IPR2022-00479.

———————————

**ON MOTION**

———————————

**O R D E R**

2     VLSI TECHNOLOGY LLC v. PATENT QUALITY ASSURANCE LLC

Upon consideration of VLSI Technology LLC's ("VLSI's") withdrawal of its motion for an extension of time,

IT IS ORDERED THAT:

The motion, ECF No. 25, is withdrawn.

FOR THE COURT

December 13, 2023
    Date

Jarrett B. Perlow
Clerk of Court