Nos. 2023-2298, 2023-2354

# United States Court of Appeals for the Federal Circuit

**VLSI TECHNOLOGY LLC**,
*Appellant*

v.

**PATENT QUALITY ASSURANCE LLC,**
*Cross-Appellant,*

**INTEL CORPORATION**,
*Appellee,*

and

**UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor.*

---

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01229 and IPR2022-00479.*

---

**PATENT QUALITY ASSURANCE LLC'S OPPOSITION TO VLSI'S MAY 24 MOTION FOR EXTENSION**

---

Brian C. Banner
    *Principal Attorney*
Truman H. Fenton
Bruce W. Slayden II
Clark Oberembt
SLAYDEN GRUBERT BEARD PLLC

401 Congress Avenue, Suite 1650
Austin, TX  78701
(512) 402-3552

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.6, counsel for Petitioner Patent Quality Assurance LLC ("PQA") certifies the following:

I. The full name of the party represented by me:

> Patent Quality Assurance LLC

II. The name of the real party in interest represented by me is:

> Not applicable

III. Parent corporations and publicly held companies that own 10% or more of stock in the party:

> None

IV. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

> Slayden Grubert Beard, PLLC: Tecuan Flores

V. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeals.

*Patent Quality Assurance LLC v. VLSI Technologies LLC*, Case No. IPR2021-01229 (Patent Trial & Appeal Board)

Dated: May 31, 2024          /s/ *Truman H. Fenton*

                             Counsel for Petitioner
                             Patent Quality Assurance LLC

Cross-Appellant PQA opposes a 45-day extension in view of previous extensions already granted but does not oppose a 14-day extension.

Dated: May 31, 2024                            Respectfully submitted,

/s/ *Truman H. Fenton*

Brian C. Banner
    *Principal Attorney*
Truman H. Fenton
Bruce W. Slayden II
Clark Oberembt
SLAYDEN, GRUBERT, BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, TX  78701
(512) 502-3552
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, an electronic copy of the foregoing Response was filed with the Clerk of Court for the U.S. Court of Appeals for the Federal Circuit, using the appellate CM/ECF system.


Dated: May 31, 2024                             Respectfully submitted,


                                                /s/ *Truman H. Fenton*

                                                *Counsel for Cross-Appellant*

# CERTIFICATE OF COMPLIANCE

This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: May 31, 2024                     Respectfully submitted,

/s/ *Truman H. Fenton*

*Counsel for Cross-Appellant*