IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| VLSI Technology LLC,<br><br>*Appellant*,<br><br>v.<br><br>Patent Quality Assurance LLC,<br><br>*Cross-Appellant*,<br><br>Intel Corporation,<br><br>*Appellee*,<br><br>Katherine K. Vidal, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>*Intervenor*. | Nos. 23-2298, 23-2354 |

**RESPONSE TO APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO MARK IN EXCESS OF 15 UNIQUE WORDS AS CONFIDENTIAL**

Intervenor Katherine K. Vidal, Director of the Patent and Trademark Office respectfully submits this response to the motion by Appellant, VLSI Technology LLC, for leave to mark more than 15 unique words as confidential in its opening brief filed on July 10, 2023.

Intervenor does not oppose Appellant's Motion.

July 12, 2024                    Respectfully submitted,

/s/ Kevin T. Richards
FARHEENA Y. RASHEED
Solicitor
PETER J. AYERS
Senior Counsel for Patent Law and
Litigation
ROBERT J. MCMANUS
Senior IP Legal Counsel
KEVIN T. RICHARDS
Associate Solicitor
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing brief complies with the type-volume limitation in Fed. Cir. R. 32(b). The total number of words in the foregoing brief is 49, as calculated by Microsoft Word 2019.

/s/ Kevin T. Richards
KEVIN T. RICHARDS
Associate Solicitor
United States Patent & Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450